**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. CR-12-43-GF-BMM** |
| Plaintiff, | |
| vs. | **ORDER** |
| COLBY STEPHAN SKOLSEG, | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States Probation Office shall prepare a pre-plea Presentence Report (PSR). The PSR is due in draft form to the parties on or before August 10, 2020. Objections are due on or before August 15, 2020. The final PSR is due on or before August 20, 2020. Sentencing memorandums, character letters and sentencing witness lists are due on or before August 23, 2020.

DATED this 2nd day of April, 2020.

Brian Morris
United States District Court Judge